# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER, *et al.*, | Case No. 2:23-cv-01525-JDP (PC) |
| Plaintiffs, | **ORDER** |
| v. | GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| STATE OF CALIFORNIA, *et al.*, | |
| Defendants. | ECF No. 9 |
| | RESPONSE DUE WITHIN FORTY-FIVE DAYS |

Plaintiffs have filed a motion for an extension of time to file an amended complaint. ECF No. 9. Good cause appearing, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 9, is granted.

2. Plaintiffs are granted forty-five days from the date of this order to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:   January 3, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE