UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER AND CARREA CHRISTOPHER,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:23-cv-01525-DJC-JDP (PC)<br><br>ORDER |

    Plaintiffs, both proceeding pro se, have filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 17, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.  The findings and recommendations filed July 17, 2024, ECF No. 20, are
3   adopted in full;

4           2.  Defendants' motion to dismiss, ECF No. 12, is denied without prejudice as
5   premature; and

6           3.  This matter is referred back to the assigned Magistrate Judge for all further
7   pretrial matters.

8           IT IS SO ORDERED.

10  Dated:   **August 12, 2024**

          /s/ Daniel J. Calabretta
          Hon. Daniel J. Calabretta
          UNITED STATES DISTRICT JUDGE