UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHRISTOPHER AND CARREA CHRISTOPHER,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No.  2:23-cv-01525-DJC-JDP (PC)<br><br>ORDER |

Plaintiffs, proceeding pro se, have filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 4, 2024, are adopted in full;
2. The federal claims in the amended complaint, ECF No. 11, are DISMISSED without leave to amend for failure to state a cognizable claim;
3. The court declines to exercise continued supplemental jurisdiction over the remaining state law claims;
4. This case is remanded to the Superior Court of the State of California, County of Sacramento; and
5. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

Dated:   **November 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE